# First District Court of Appeal
## State of Florida

_____

No. 1D20-814
_____

James C. Roberts,

Appellant,

v.

State of Florida,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

September 24, 2020


Per Curiam.

Affirmed.

Lewis, Nordby, and Long, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James C. Roberts, pro se, Appellant.

Ashley Moody, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.